BEFORE THE FIRST DIVISION, MARCH 9, 1964

No. 68340.—Alexander Apfelbaum Co., Inc., et al. *v.* United States, protests 62/17416, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

No. 68341.—Thornley & Pitt and Ken Kidder *v.* United States, protests 60/4791, 60/16285, and 61/4815 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of model railroad engines similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.

No. 68342.—Parksmith Corporation *v.* United States, protest 63/15997 (Seattle).

Opinion by OLIVER, C.J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.